| | |
|---|---|
| 1 | DOUGLAS B. ALLEN, SBN 99239 |
|   | BURNETT, BURNETT, & ALLEN |
| 2 | 333 WEST SAN CARLOS ST. |
|   | EIGHTH FLOOR |
| 3 | SAN JOSE, CALIFORNIA 95110 |
|   | PHONE (408) 298-6540 |
| 4 | FACSIMILE (408) 298-0914 |
|   | BURNETTBURNETTALLEN@YAHOO.COM |
| 5 | |
| 6 | Attorneys for Plantiffs LILLIAN LEUNG, KANG MING LEUNG |
| 7 | BARRY D. HOVIS |
|   | WALTER J.R. TRAVER |
| 8 | MUSICK PEELER & GARRETT LLP |
|   | ATTORNEYS AT LAW |
| 9 | 601 CALIFORNIA STREET, SUITE 1250 |
|   | SAN FRANCISCO, CA 94108-2817 |
| 10 | PHONE 415-281-2022 |
|   | FACSIMILE 415-281-2010 |
| 11 | w.traver@mpglaw.com |
| 12 | Attorneys for Defendant JP MORGAN CHASE BANK, N.A. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE, DIVISION

| | | |
|---|---|---|
| LILLIAN LEUNG, KANG MING LEUNG, | | Case No. 13-CV-03799 RMW |
| Plaintiff, | | STIPULATION AND () ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | | |
| JP MORGAN CHASE BANK, N.A., AND DOES 1-10, | | Date: December 13, 2013 |
| | | Time: 10:30am |
| Defendants. | | The Honorable Ronald M. Whyte |
| | | Courtroom: 6, 4th Floor |
| / | | JURY TRIAL DEMANDED |

THE PARTIES HEREIN STIPULATE TO THE FOLLOWING:

WHEREAS the date for the Case Management Conference be continued from Friday, December 13, 2013, presents a conflict for plaintiff's counsel who is required to attend an out of state preliminary injunction hearing and needs to be continued to Friday, : _____, 2014 at 10:30 am.

WHEREAS the date to file the Joint Case Management Conference Statement likewise

1  needs to be continued from Friday, December 6, 2013, to Friday, January '%, 2014.

2      THEREFORE COUNSEL FOR THE PARTIES STIPULATE that the date for the Case

3  Management Conference be continued from Friday, December 13, 2013, to Friday, : Yvfi Ufnr,

4  2014 at 10:30 am., and that the date to file the Joint Case Management Conference Statement be

5  continued from Friday, December 6, 2013, to Friday, January '%, 2014.

6

7  IT IS SO STIPULATED.

8

9  DATED: December 2, 2013        BURNETT, BURNETT, & ALLEN

10

11                                  /S/ DOUGLAS B. ALLEN

12                                  DOUGLAS B. ALLEN
                                Attorney for Plaintiffs

13  DATED: December 2, 2013        MUSICK PEELER & GARRETT LLP

14

15                                  /S/ WALTER J.R. TRAVER

16

17                                  WALTER J.R. TRAVER
                                Attorney for Defendant

18

19

20

21

22

23

24

25

26

27

28

1  () Order

2  The Court, having considered the parties' Stipulation, the documents and records on file

3  with the court, and finding good cause therefore, hereby orders:

4  The Case Management Conference currently set for December 13, 2013 is continued to

5  : Ýfi Ufm+, 2014 and the Joint Case Management Conference Statement filing deadline is

6  continued from December 6, 2013 to January ' ‰ 2014.

7

8  DATED: FGŒFŒH                      _____

                                      *Ronald M. Whyte* (signature)
                                      THE HONORABLE RONALD M. WHYTE

BURNETT, BURNETT
& ALLEN
333 West San Carlos St.
8th Floor
San Jose, Ca. 95110

Stipulation and Order) to Continue Case Management Conference                    Page 3