1  DOUGLAS B. ALLEN, SBN 99239
   BURNETT, BURNETT, & ALLEN
2  333 WEST SAN CARLOS ST.
   EIGHTH FLOOR
3  SAN JOSE, CALIFORNIA 95110
   PHONE (408) 298-6540
4  FACSIMILE (408) 298-0914
   BURNETTBURNETTALLEN@YAHOO.COM
5
6  Attorneys for Plantiffs LILLIAN LEUNG, KANG MING LEUNG

7  BARRY D. HOVIS
   WALTER J.R. TRAVER
8  MUSICK PEELER & GARRETT LLP
   ATTORNEYS AT LAW
9  601 CALIFORNIA STREET, SUITE 1250
   SAN FRANCISCO, CA 94108-2817
10 PHONE 415-281-2022
   FACSIMILE 415-281-2010
11 w.traver@mpglaw.com

12 Attorneys for Defendant JP MORGAN CHASE BANK, N.A.
13

14              UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE, DIVISION
15

| | |
|---|---|
| 16  LILLIAN LEUNG, KANG MING LEUNG, | Case No. 13-CV-03799 RMW |
| 17           Plaintiff, | STIPULATION AND ( ) ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| 18  vs. | |
| 19  JP MORGAN CHASE BANK, N.A., AND DOES 1-10, | Date: December 13, 2013<br>Time: 10:30am |
| 20           Defendants. | The Honorable Ronald M. Whyte<br>Courtroom: 6, 4th Floor |
| 21  _____/ | JURY TRIAL DEMANDED |

23       THE PARTIES HEREIN STIPULATE TO THE FOLLOWING:

24       WHEREAS the date for the Case Management Conference be continued from Friday,

25 December 13, 2013, presents a conflict for plaintiff's counsel who is required to attend an out of

26 state preliminary injunction hearing and needs to be continued to Friday, : Yfi Ufm+, 2014 at

27 10:30 am.

28       WHEREAS the date to file the Joint Case Management Conference Statement likewise

1  needs to be continued from Friday, December 6, 2013, to Friday, January ' ℅ 2014.

2  THEREFORE COUNSEL FOR THE PARTIES STIPULATE that the date for the Case

3  Management Conference be continued from Friday, December 13, 2013, to Friday, : Ỹfĩ Ủm̃ẛ,

4  2014 at 10:30 am., and that the date to file the Joint Case Management Conference Statement be

5  continued from Friday, December 6, 2013, to Friday, January ' ℅ 2014.

7  IT IS SO STIPULATED.

9  DATED: December 2, 2013              BURNETT, BURNETT, & ALLEN

11                                      /s/ DOUGLAS B. ALLEN

12                                      _____
                                        DOUGLAS B. ALLEN
                                        Attorney for Plaintiffs

13  DATED: December 2, 2013              MUSICK PEELER & GARRETT LLP

15                                      /s/ WALTER J.R. TRAVER

16                                      _____
17                                      WALTER J.R. TRAVER
                                        Attorney for Defendant

1  () Order

2  The Court, having considered the parties' Stipulation, the documents and records on file

3  with the court, and finding good cause therefore, hereby orders:

4  The Case Management Conference currently set for December 13, 2013 is continued to

5  : Ŵfi Ufm, 2014 and the Joint Case Management Conference Statement filing deadline is

6  continued from December 6, 2013 to January ' ‰ 2014.

7

8  DATED: FGŒFŒFH    _____

   *Ronald M. Whyte*

   THE HONORABLE RONALD M. WHYTE

BURNETT, BURNETT
& ALLEN
333 West San Carlos St.
8th Floor
San Jose, Ca. 95110