**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
601 CALIFORNIA STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94108-2817
TELEPHONE 415-281-2021
FACSIMILE 415-281-2010

Barry D. Hovis (State Bar No. 050782)
b.hovis@mpglaw.com
Walter J. R. Traver (State Bar No. 113678)
w.traver@mpglaw.com

Attorneys for Defendant JPMorgan Chase Bank. N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| LILLIAN LEUNG, KANG MING LEUNG, <br><br>Plaintiffs, <br><br>vs. <br><br>JPMORGAN CHASE BANK, N.A. and Does 1-10, <br><br>Defendants. | CASE No. 5:13-cv-03799-RMW <br><br>**STIPULATION AND (~~PROPOSED~~) ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br>CURRENT DATE: <br><br>Date:   February 7, 2014 <br>Time:  10:30 a.m. <br>Crtrm.: 6 <br><br>CONTINUED DATE: <br><br>Date:   February 21, 2014 <br>Time:  10:30 a.m. <br>Crtrm:  6 |

THE PARTIES HEREIN STIPULATE TO THE FOLLOWING:

WHEREAS the date for the Case Management Conference presently scheduled for Friday, February 7, 2014 presents a conflict for defendant's counsel who is required to be out of state on February 7, 2014.

THEREFORE COUNSEL FOR THE PARTIES STIPULATE that the date for the Case Management Conference be continued from Friday, February 7, 2014 to Friday, February 21, 2014 at 10:30 a.m.

1   IT IS SO STIPULATED.

2

3   DATED: February 3, 2014           BURNETT, BURNETT, & ALLEN

4

5
                                      By:   /s/ Douglas B. Allen
6                                           Douglas B. Allen
                                            Attorneys for Plaintiff
7

8   DATED: February 3, 2014           MUSICK, PEELER & GARRETT LLP

9

10
                                      By:   /s/ Walter J. R. Traver
11                                          Walter J. R. Traver
                                            Attorneys for Defendant JPMorgan Chase Bank.
12                                          N.A.

13

14                              **(PROPOSED) ORDER**

15      The Court, having considered the parties' Stipulation, the documents and records on file

16  with the court, and finding good cause therefore, hereby orders:

17      The Case Management Conference currently set for February 7, 2014 is continued to

18  February 21, 2014 at 10:30 a.m.

19      IT IS SO ORDERED.

20

21  DATED:  February 1__, 2014

22

23                                    _Ronald M. Whyte_
                                      UNITED STATES DISTRICT COURT JUDGE
24

25

26

27

28