| | |
|---|---|
| 1 | DOUGLAS B. ALLEN, SBN 99239 |
|  | BURNETT, BURNETT, & ALLEN |
| 2 | 333 WEST SAN CARLOS ST. |
|  | EIGHTH FLOOR |
| 3 | SAN JOSE, CALIFORNIA 95110 |
|  | PHONE (408) 298-6540 |
| 4 | FACSIMILE (408) 298-0914 |
|  | BURNETTBURNETTALLEN@YAHOO.COM |
| 5 |  |
| 6 | Attorneys for Plantiffs LILLIAN LEUNG, KANG MING LEUNG |
| 7 | BARRY D. HOVIS |
|  | WALTER J.R. TRAVER |
| 8 | MUSICK PEELER & GARRETT LLP |
|  | ATTORNEYS AT LAW |
| 9 | 601 CALIFORNIA STREET, SUITE 1250 |
|  | SAN FRANCISCO, CA 94108-2817 |
| 10 | PHONE 415-281-2022 |
|  | FACSIMILE 415-281-2010 |
| 11 | w.traver@mpglaw.com |
| 12 | Attorneys for Defendant JP MORGAN CHASE BANK, N.A. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE, DIVISION

| | |
|---|---|
| LILLIAN LEUNG, KANG MING LEUNG, | Case No. 13-CV-03799 RMW |
| Plaintiff, | STIPULATION AND () ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| JP MORGAN CHASE BANK, N.A., AND DOES 1-10, | Date: February 21, 2014 Time: 10:30am The Honorable Ronald M. Whyte Courtroom: 6, 4th Floor |
| Defendants. | |
| / | JURY TRIAL DEMANDED |

WHEREAS the date for the Case Management Conference, Friday, February 21, 2014, presents a conflict for plaintiff's counsel who is recovering from hip surgery and needs to be continued to Friday, March __, 2014 at 10:30 am to accommodate plaintiff's counsel

THEREFORE COUNSEL FOR THE PARTIES STIPULATE that the date for the Case Management Conference be continued from Friday, February 21, 2014, to Friday, March __, 2014 at 10:30 am.

1 | IT IS SO STIPULATED.

3 | DATED: February 17, 2014         BURNETT, BURNETT, & ALLEN

/s/ DOUGLAS B. ALLEN

_____
DOUGLAS B. ALLEN
Attorney for Plaintiffs

DATED: February 17, 2014         MUSICK PEELER & GARRETT LLP

/s/ WALTER J.R. TRAVER

_____
WALTER J.R. TRAVER
Attorney for Defendant

() Order

The Court, having considered the parties' Stipulation, the documents and records on file with the court, and finding good cause therefore, hereby orders:

The Case Management Conference currently set for February 21, 2014 is continued to March __, 2014.

DATED: 2/19/14

*/s/ Ronald M. Whyte*

THE HONORABLE RONALD M. WHYTE