**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
601 CALIFORNIA STREET, SUITE 1250
SAN FRANCISCO, CALIFORNIA 94108-2817
TELEPHONE 415-281-2101
FACSIMILE 415-281-2010

Barry D. Hovis (State Bar No. 050782)
b.hovis@mpglaw.com
Walter J. R. Traver (State Bar No. 113678)
w.traver@mpglaw.com

Attorneys for Defendant JPMorgan Chase Bank. N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| LILLIAN LEUNG, KANG MING LEUNG,<br><br>Plaintiffs,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.<br>and Does 1-10,<br><br>Defendants. | CASE No. 5:13-cv-03799-RMW<br><br>**STIPULATION AND (PROPOSED)<br>ORDER TO CONTINUE CASE<br>MANAGEMENT CONFERENCE**<br><br>CURRENT DATE:<br><br>Date:   March 21, 2014<br>Time:   10:30 a.m.<br>Crtrm.:  6<br><br>CONTINUED DATE:<br><br>Date:   May 2, 2014<br>Time:   10:30 a.m.<br>Crtrm:  6 |

THE PARTIES HEREIN STIPULATE TO THE FOLLOWING:

WHEREAS the date for the Case Management Conference presently scheduled for Friday, March 21, 2014 presents a conflict for defendant's counsel who is required to be out of state on March 21, 2014.

THEREFORE COUNSEL FOR THE PARTIES STIPULATE that the date for the Case Management Conference be continued from Friday, March 21, 2014 to Friday, May ~~2,~~ 2014 at
J
10:30 a.m.

IT IS SO STIPULATED.

DATED: March 19, 2014          BURNETT, BURNETT, & ALLEN

By: /s/ Douglas B. Allen
Douglas B. Allen
Attorneys for Plaintiff

DATED: March 19, 2014          MUSICK, PEELER & GARRETT LLP

By: /s/ Walter J. R. Traver
Walter J. R. Traver
Attorneys for Defendant JPMorgan Chase Bank. N.A.

## (PROPOSED) ORDER

The Court, having considered the parties' Stipulation, the documents and records on file with the court, and finding good cause therefore, hereby orders:

The Case Management Conference currently set for March 21, 2014 is continued to May 2, J 2014 at 10:30 a.m.

IT IS SO ORDERED.

DATED: March GF, 2014

*Ronald M. Whyte*

UNITED STATES DISTRICT COURT JUDGE