1  DOUGLAS B. ALLEN, SBN 99239
   BURNETT, BURNETT, & ALLEN
2  227 N. 1ST STREET
   SAN JOSE, CALIFORNIA 95113
3  (408) 298-6540

4  Attorneys for PLAINTIFFS

5

                    UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

7

   LILLIAN LEUNG, KANG MING LEUNG,              Case No. 13-CV-03799 RMW
8
                    Plaintiff,                  REQUEST FOR DISMISSAL
9
   vs.
10
   JP MORGAN CHASE BANK, N.A., AND DOES 1-
11 10,

12                  Defendants.

13

14         PLAINTIFFS LILLIAN LEUNG AND KANG MING LEUNG, having reached a settlement with the

15 defendant, J.P. Morgan Chase Bank, N.A. hereby request dismissal of all claims and the entire action

16 with prejudice.   It is SO ORDERED.   The Clerk shall close the file.

17

18 DATED: July 31, 2015                          BURNETT, BURNETT, & ALLEN

19

20                                               _____

21                                               DOUGLAS B. ALLEN
                                                 Attorney for PLAINTIFFS
22

23

24

25 

26

27

28

BURNETT, BURNETT
   & ALLEN
 227 N. 1ST St.          Request for Dismissal                                              Page 1
San Jose, CA 95113